# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SASHA M. STOCKING,<br><br>Defendant. | 17-po-5027-GF-JTJ<br><br>VIOLATION: 6027015<br><br>Location Code: M13<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that VN 6027015 is DISMISSED.

IT IS FURTHER ORDERED that the initial appearance scheduled for June 8, 2017, is VACATED.

DATED this 6th day of June, 2017.

_____
John Johnston
United States Magistrate Judge